182 F.2d 348
 ILLINOIS-CALIFORNIA EXPRESS, Inc.,
v.
ZIA ELECTRIC DISTRIBUTING COMPANY.
 No. 4047.
 United States Court of Appeals Tenth Circuit.
 June 9, 1950.
 
 Appeal from the United States District Court for the District of New Mexico.
 Truman A. Stockton, Jr., and John H. Lewis, Denver, Colo., for appellant.
 Gilbert & Gilbert, Santa Fe, N. M., for appellee.
 Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed June 1, 1950, for failure to prosecute.